UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GERALDINE TALLEY HOBBY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GOVERNMENT OF THE DISTRICT )<br>OF COLUMBIA, *et al.*, )<br>)<br>Defendants. ) | Case: 1:16-cv-00034  Jury Demand<br>Assigned To : Unassigned<br>Assign. Date : 1/8/2016<br>Description: Pro Se Gen. Civil (F Deck) |

## MEMORANDUM OPINION

This matter comes before the Court upon review of plaintiff's application for leave to proceed *in forma pauperis* and *pro se* complaint. The application will be granted but the complaint will be dismissed.

"[U]nder *res judicata*, 'a final judgment on the merits of an action precludes the parties or their privies from relitigating issues that were or could have been raised in that action.'" *Drake v. FAA*, 291 F.3d 59, 66 (D.C. Cir. 2002) (citing *Allen v. McCurry*, 449 U.S. 90, 94 (1980)) (emphasis omitted). The plaintiff's claims arise from her former employment with the District of Columbia's public school system and her allegedly unlawful termination in 1995. Because these claims were brought or could have been brought in plaintiff's prior lawsuits, *see, e.g., Hobby v. District of Columbia Gov't*, No. 10–1954, 2010 WL 4723419 (D.D.C. Nov. 16, 2010); *Hobby v. District of Columbia*, No. 07-1061, 2007 WL 4233627 (D.D.C. Nov. 27, 2007), the claims are now barred. An Order is issued separately.

DATE: 1/7/2016

_____
United States District Judge